JOSEPH D. MILLER          State Bar No. 109032
JANG HYUK IM              State Bar No. 181836
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111
Telephone: (415) 398-3500
Facsimile:  (415) 398-0955


Attorneys for Defendant
QUEST DIAGNOSTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA, | CASE NO. C07-03881 |
| Plaintiff, | **STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT QUEST DIAGNOSTICS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| QUEST DIAGNOSTICS, INC.; NDM, LLC; and DOES 1-25, Inclusive, | [L.R. 6-1] |
| Defendants. | |

Pursuant to Northern District Local Rule 6-1, the parties to this action, Plaintiff Bonnie Regina and Defendant Quest Diagnostics, Inc. ("Quest"), hereby stipulate, by and through their respective attorneys of record, and agree as follows:

1.  The Complaint in this action was filed on July 30, 2007;

2.  The Complaint was served on Quest's designated agent for service of process on August 16, 2007 and Quest's response was due on September 6, 2007;

3.  Quest and Plaintiff now enter to stipulate and extend Quest's time to respond to the complaint by September 26, 2007;

///

///

This extension will not alter or effect the date of any hearing or conference set by the Court.

IT IS HEREBY STIPULATED.

DATED: August 28, 2007                         EPSTEIN BECKER & GREEN, P.C.

By: _____
JANG HYUK IM
Attorneys for Defendants
Quest Diagnostic, Inc.

DATED: August 28, 2007                         LAW OFFICES OF PAUL L. REIN

By: _____
PAUL L. REIN
Attorneys for Plaintiff
Bonnie Regina

SF:148341v1                                    - 2 -     Stipulation For Extension of Time to Respond to Complaint
                                                         C07-03881