JOSEPH D. MILLER         State Bar No. 109032
JANG HYUK IM             State Bar No. 181836
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111
Telephone: (415) 398-3500
Facsimile: (415) 398-0955

Attorneys for Defendant
QUEST DIAGNOSTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA, | CASE NO. C07-03881 |
| Plaintiff, | **STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT QUEST DIAGNOSTICS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| QUEST DIAGNOSTICS, INC.; NDM, LLC; and DOES 1-25, Inclusive, | [L.R. 6-1] |
| Defendants. | |

Pursuant to Northern District Local Rule 6-1, the parties to this action, Plaintiff Bonnie Regina and Defendant Quest Diagnostics, Inc. ("Quest"), hereby stipulate, by and through their respective attorneys of record, and agree as follows:

1. The Complaint in this action was filed on July 30, 2007;

2. The Complaint was served on Quest's designated agent for service of process on August 16, 2007 and Quest's response was due on September 6, 2007;

3. Quest and Plaintiff now enter to stipulate and extend Quest's time to respond to the complaint by September 26, 2007;

///

///

1
2      This extension will not alter or effect the date of any hearing or conference set by the
3  Court.
4      IT IS HEREBY STIPULATED.
5  DATED: August 28, 2007              EPSTEIN BECKER & GREEN, P.C.
6
7
8                                      By: _____
                                           JANG HYUK IM
9                                          Attorneys for Defendants
                                           Quest Diagnostic, Inc.
10
11 DATED: August 28, 2007              LAW OFFICES OF PAUL L. REIN
12
13
                                       By: _____
14                                         PAUL L. REIN
                                           Attorneys for Plaintiff
15                                         Bonnie Regina
16
17
18  Dated: Aug. 30, 2007

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

19
20
21
22
23
24
25
26
27
28

SF:148341v1                    - 2 -    Stipulation For Extension of Time to Respond to Complaint
                                                                              C07-03881