| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001    FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff    Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States County Northern Court District Court Branch | |
| Plaintiff: REGINA <br> Defendant: QUEST | |

| PROOF OF SERVICE <br> SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0703881 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT; ,CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, CIVIL COVER SHEET, SCHEDULING ORDER, DISTRICT COURT GUIDELINES, ECF REGISTRATION INFORMATION HANDOUT, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

3. a. Party served: QUEST DIAGNOSTICS, INC.
   b. Person served: DENA LA PORTA, AUTHORIZED TO ACCEPT

4. Address where the party was served: NATIONAL REGISTERED AGENTS INC
   2030 MAIN STREET SUITE 1030
   IRVINE, CA 92614

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Aug. 16, 2007 (2) at: 11:28AM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Z. PASZKO
   
   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

   d. The Fee for Service was:    $65.00
   e. I am: (3) registered California process server
     (i) Independent Contractor
     (ii) Registration No.:    1161
     (iii) County:    Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Aug. 17, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007
PROOF OF SERVICE
SUM-CIVI/CASE & COMP
(Z. PASZKO)
reinpr.7789