| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001    FAX No: 510-832-4787<br><br>Ref. No. or File No.:<br><br>Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States County Northern Court District Court Branch |
| Plaintiff: REGINA |
| Defendant: QUEST |

| PROOF OF SERVICE<br>SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0703881 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, CIVIL COVER SHEET, SCHEDULING ORDER, DISTRICT COURT GUIDELINES, ECF REGISTRATION INFORMATION HANDOUT, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

3. a. Party served:                             NDM, LLC
   b. Person served:                            YOCHAI KIDRON, AGENT FOR SERVICE

4. Address where the party was served:         2251 SUMMER STREET
                                                BERKELEY, CA 94709

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 14, 2007 (2) at: 8:05PM

7. Person Who Served Papers:                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWIN M. BLAMA
                                                               d. *The Fee for Service was:*   $55.00



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    690
      (iii) County:              Contra Costa

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Aug. 15, 2007

Judicial Council Form                    PROOF OF SERVICE                    (EDWIN M. BLAMA)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUM-CIVI/CASE & COMP                                          reinpr.7790