Cyrus A. Tabari  SB#133842
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, California  95125
(408) 288-9700
Fax: (408) 295-9900

Attorneys for Defendant
QUEST DIAGNOSTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA | No. C07-03881 |
| Plaintiff, | ANSWER TO COMPLAINT ON BEHALF OF DEFENDANT QUEST DIAGNOSTICS, INC. |
| v. | |
| QUEST DIAGNOSTICS, INC; NDM, LLC and DOES 1-25, Inclusive, | DEMAND FOR A JURY |
| Defendants. | Complaint filed:  July 30, 2007 |

Defendant QUEST DIAGNOSTICS, INC., hereby answers plaintiff's Complaint as follows:

1. This answering defendant lacks information or belief, and therefore denies the allegations contained in paragraph 1 of plaintiff's Complaint.  Defendant admits to operating a Quest Diagnostics Laboratory at 2519 Milvia Street, Berkeley, California.

2. The allegations regarding jurisdiction, venue, and intradistrict assignment contained in paragraphs 2, 3 and 4 are admitted.

3. This answering defendant lacks information or belief, and therefore denies the allegations contained in paragraphs 5 and 6 of plaintiff's Complaint.

4. This answering defendant admits that Quest Diagnostics, Inc. was the lessee of the subject premises, but otherwise denies the allegations of paragraph 7 of plaintiff's Complaint.

5. This answering defendant lacks information or belief, and therefore denies the

allegations contained in paragraphs 8 through 19 of plaintiff's Complaint.

      6.     This answering defendant lacks information or belief, and therefore denies the allegations contained in paragraphs 20 through 22 of plaintiff's Complaint.

      7.     This answering defendant lacks information or belief, and therefore denies the allegations contained in paragraphs 23 through 32 of plaintiff's Complaint.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE TO ALL CLAIMS FOR RELIEF**

      8.     Plaintiff's complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE TO ALL CLAIMS FOR RELIEF**

      9.     Plaintiff's claims are barred by the applicable statutes of limitation.

**THIRD AFFIRMATIVE DEFENSE TO ALL CLAIMS FOR RELIEF**

      10.     Plaintiff' Complaint is barred by the doctrine of estoppel.

**FOURTH AFFIRMATIVE DEFENSE TO ALL CLAIMS FOR RELIEF**

      11.     Plaintiff lacks standing to assert the claims alleged against this defendant.

**REQUEST FOR A JURY TRIAL**

Defendant hereby requests a jury trial in the above matter.

**PRAYER FOR RELIEF**

WHEREFORE, this answering defendant prays for judgment as follows:

1)     That plaintiff takes nothing by her Complaint;

2)     That this answering defendant be awarded attorneys fees and costs of suit incurred herein; and

3)     For such other and further relief as the Court deems just and proper.

DATED: September ____, 2007           SHEUERMAN, MARTINI & TABARI

By: _____/S/_____
    CYRUS A. TABARI
    Attorneys for Defendant
    QUEST DIAGNOSTICS, INC.

| | |
|---|---|
| 1 | CASE NAME: BONNIE REGINA v. QUEST DIAGNOSTICS, INC.    ACTION NO. C07-03881 |

PROOF OF SERVICE
[CCP §§ 1012.5, 1013a and 2015.5; CRC 2008]

    I am a resident of the United States. My business address is 1033 Willow Street, San Jose, CA  95125. I am employed in Santa Clara County where this service occurred. I am over the age of 18 years and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing and facsimile. In the case of mailing [other than overnight delivery], the practice is that correspondence is deposited in the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

    On September 5, 2007, I served the within   ANSWER TO COMPLAINT ON BEHALF OF DEFENDANT QUEST DIAGNOSTICS, INC.
on the PARTIES in said action as follows:

Paul L. Rein, Esq.
Julie A. Ostil, Esq.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612
(510) 832-5001
Fax: (510) 832-4787

__X__ (BY MAIL) I caused a true copy of each document identified above to be placed in a sealed envelope with first-class postage affixed. Each such envelope was deposited for collection and mailing that same day in the ordinary course of business in the United States mail at San Jose, California.

_____ (BY PERSONAL SERVICE) I caused a true copy of each document identified above to be delivered by hand to the offices of each addressee above.

_____ (BY OVERNIGHT DELIVERY) I caused a true copy of each document identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for, addressed of each addressee above.

_____ (BY FACSIMILE SERVICE) I caused each of the above-named documents to be delivered by facsimile transmission to the office at each fax number noted above at __ .m., by use of facsimile machine telephone number (408) 295-9900.  The facsimile machine used complied with CRC §2003(3), and no error was reported by the machine. A copy of the transmission record is attached to this declaration.

_____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                                               _____/S/_____
                                                                                    Julia Nicholls