Cyrus A. Tabari  SB#133842
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, California  95125
(408) 288-9700
Fax: (408) 295-9900

Attorneys for Defendant
QUEST DIAGNOSTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA | No. C07-03881 |
| Plaintiff, | DEFENDANT QUEST DIAGNOSTICS, INC.'S RULE 7.1 DISCLOSURE STATEMENT |
| v. | |
| QUEST DIAGNOSTICS, INC; NDM, LLC and DOES 1-25, Inclusive, | Complaint filed:  July 30, 2007 |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure QUEST DIAGNOSTICS, INC. hereby discloses that there is no parent corporation or any other publicly held corporation that owns 10% or more of the publicly traded stock in QUEST DIAGNOSTICS, INC.

DATED: September ____, 2007              SHEUERMAN, MARTINI & TABARI


                                          By: _____/S/_____
                                               CYRUS A. TABARI
                                               Attorneys for Defendant
                                               QUEST DIAGNOSTICS, INC.

1  CASE NAME: BONNIE REGINA v. QUEST DIAGNOSTICS, INC.    ACTION NO. C07-03881

2  PROOF OF SERVICE
[CCP §§ 1012.5, 1013a and 2015.5; CRC 2008]

3
4  I am a resident of the United States. My business address is 1033 Willow Street, San Jose, CA 95125. I am employed in Santa Clara County where this service occurred. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal
5  business practice for collection and processing of correspondence for mailing and facsimile. In the case of mailing [other than overnight delivery], the practice is that correspondence is deposited in the
6  U.S. Postal Service the same day as the day of collection in the ordinary course of business.

7  On September 5, 2007, I served the within   DEFENDANT QUEST DIAGNOSTICS, INC.'S RULE 7.1 DISCLOSURE STATEMENT
8  on the PARTIES in said action as follows:

9  Paul L. Rein, Esq.
Julie A. Ostil, Esq.
10 Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
11 Oakland, CA 94612
(510) 832-5001
12 Fax: (510) 832-4787

13   X   (BY MAIL) I caused a true copy of each document identified above to be placed in a sealed envelope with first-class postage affixed. Each such envelope was deposited for collection and
14 mailing that same day in the ordinary course of business in the United States mail at San Jose, California.
15
_____ (BY PERSONAL SERVICE) I caused a true copy of each document identified above to be
16 delivered by hand to the offices of each addressee above.

17 _____ (BY OVERNIGHT DELIVERY) I caused a true copy of each document identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for,
18 addressed of each addressee above.

19 _____ (BY FACSIMILE SERVICE) I caused each of the above-named documents to be delivered by facsimile transmission to the office at each fax number noted above at __ .m., by use of facsimile
20 machine telephone number (408) 295-9900. The facsimile machine used complied with CRC §2003(3), and no error was reported by the machine. A copy of the transmission record is attached to
21 this declaration.

22 _____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
23
  X   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at
24 whose direction the service was made.

25
_____/S/_____
26                    Julia Nicholls

27

28