1  Cyrus A. Tabari  SB#133842
   SHEUERMAN, MARTINI & TABARI
2  A Professional Corporation
   1033 Willow Street
3  San Jose, California  95125
   (408) 288-9700
4  Fax: (408) 295-9900

5  Attorneys for Defendant
   QUEST DIAGNOSTICS, INC.

6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  BONNIE REGINA                         )   No. C07-03881
                                          )
11                        Plaintiff,      )   WITHDRAWAL AS ATTORNEY OF
                                          )   RECORD
12  v.                                    )
                                          )   Complaint filed:  July 30, 2007
13  QUEST DIAGNOSTICS, INC; NDM, LLC and  )
    DOES 1-25, Inclusive,                 )
14                                        )
                          Defendants.     )
15                                        )
                                          )
16

17  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18        PLEASE TAKE NOTICE that Sheuerman, Martini & Tabari hereby withdraws as attorneys

19  of record for Quest Diagnostics, Inc. in the above-entitled matter.

20

21  DATED: September 6, 2007                SHEUERMAN, MARTINI & TABARI

22
                                           By: _____/S/_____
23                                              CYRUS A. TABARI
                                                Attorneys for Defendant
24                                              QUEST DIAGNOSTICS, INC.

25

26

27

28

                                        1
                        WITHDRAWAL AS ATTORNEY OF RECORD

1    CASE NAME: BONNIE REGINA v. QUEST DIAGNOSTICS, INC.      ACTION NO. C07-03881

2                          PROOF OF SERVICE
               [CCP §§ 1012.5, 1013a and 2015.5; CRC 2008]

3

4         I am a resident of the United States. My business address is 1033 Willow Street, San Jose, CA 95125. I am employed in Santa Clara County where this service occurred. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal

5   business practice for collection and processing of correspondence for mailing and facsimile. In the case of mailing [other than overnight delivery], the practice is that correspondence is deposited in the

6   U.S. Postal Service the same day as the day of collection in the ordinary course of business.

7         On September 6, 2007, I served the within    WITHDRAWAL AS ATTORNEY OF RECORD

8   on the PARTIES in said action as follows:

9   Paul L. Rein, Esq.
   Julie A. Ostil, Esq.

10   Law Offices of Paul L. Rein
    200 Lakeside Drive, Suite A

11   Oakland, CA 94612
    (510) 832-5001

12   Fax: (510) 832-4787

13    _X_ (BY MAIL) I caused a true copy of each document identified above to be placed in a sealed envelope with first-class postage affixed. Each such envelope was deposited for collection and

14   mailing that same day in the ordinary course of business in the United States mail at San Jose, California.

15

16        _____ (BY PERSONAL SERVICE) I caused a true copy of each document identified above to be delivered by hand to the offices of each addressee above.

17        _____ (BY OVERNIGHT DELIVERY) I caused a true copy of each document identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for,

18   addressed of each addressee above.

19        _____ (BY FACSIMILE SERVICE) I caused each of the above-named documents to be delivered by facsimile transmission to the office at each fax number noted above at __ .m., by use of facsimile

20   machine telephone number (408) 295-9900. The facsimile machine used complied with CRC §2003(3), and no error was reported by the machine. A copy of the transmission record is attached to

21   this declaration.

22        _____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

23

24    _X_ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

25

26                               _____/S/_____
                                     Julia Nicholls

27

28

WITHDRAWAL AS ATTORNEY OF RECORD