Cyrus A. Tabari  SB#133842
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, California  95125
(408) 288-9700
Fax: (408) 295-9900

Attorneys for Defendant
QUEST DIAGNOSTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA | No. C07-03881 |
| Plaintiff, | WITHDRAWAL AS ATTORNEY OF RECORD |
| v. | Complaint filed:  July 30, 2007 |
| QUEST DIAGNOSTICS, INC; NDM, LLC and DOES 1-25, Inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sheuerman, Martini & Tabari hereby withdraws as attorneys of record for Quest Diagnostics, Inc. in the above-entitled matter.

DATED: September 6, 2007                          SHEUERMAN, MARTINI & TABARI

Dated: 9/7/7

IT IS SO ORDERED

Judge Joseph C. Spero

By: _____/S/_____
        CYRUS A. TABARI
        Attorneys for Defendant
        QUEST DIAGNOSTICS, INC.

CASE NAME: BONNIE REGINA v. QUEST DIAGNOSTICS, INC.     ACTION NO. C07-03881

<u>PROOF OF SERVICE</u>
[CCP §§ 1012.5, 1013a and 2015.5; CRC 2008]

     I am a resident of the United States. My business address is 1033 Willow Street, San Jose, CA 95125. I am employed in Santa Clara County where this service occurred. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing and facsimile. In the case of mailing [other than overnight delivery], the practice is that correspondence is deposited in the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

     On September 6, 2007, I served the within   WITHDRAWAL AS ATTORNEY OF RECORD
on the PARTIES in said action as follows:

Paul L. Rein, Esq.
Julie A. Ostil, Esq.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612
(510) 832-5001
Fax: (510) 832-4787

  X   (BY MAIL) I caused a true copy of each document identified above to be placed in a sealed envelope with first-class postage affixed. Each such envelope was deposited for collection and mailing that same day in the ordinary course of business in the United States mail at San Jose, California.

_____ (BY PERSONAL SERVICE) I caused a true copy of each document identified above to be delivered by hand to the offices of each addressee above.

_____ (BY OVERNIGHT DELIVERY) I caused a true copy of each document identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for, addressed of each addressee above.

_____ (BY FACSIMILE SERVICE) I caused each of the above-named documents to be delivered by facsimile transmission to the office at each fax number noted above at __ .m., by use of facsimile machine telephone number (408) 295-9900. The facsimile machine used complied with CRC §2003(3), and no error was reported by the machine. A copy of the transmission record is attached to this declaration.

_____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  X  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
/S/
Julia Nicholls