UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONNIE REGINA,

    Plaintiff(s),

    v.

QUEST DIAGNOSTICS, INC., ET AL.,

    Defendant(s).
    _____/

No. C 07-03881 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: October 22, 2007

Signature: [signed] Joseph D. Miller

Counsel for Quest Diagnostics, Inc.
(Name or party or indicate "pro se")

2