JACK C. PROVINE, SBN 052090
KATHRYN J. ALLEN, SBN 196544
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 N. California Blvd., Suite 350
Walnut Creek, CA 94596
Telephone:   (925) 944-9700
Facsimile:   (925) 944-9701

Attorneys for Plaintiff
Bryant L. Morris

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>QUEST DIAGNOSTICS, INC., NDM, LLC; and DOES 1-25, Inclusive,<br><br>　　　　　　Defendants. | Case No. C07-03881JCS<br><br>**SUBSTITUTION OF ATTORNEY** |

　　　THE COURT AND ALL PARTIES ARE NOTIFIED THAT defendant NDM, LLC, makes the following substitution

　　　1. The name, address and telephone number of the new legal representative is:

　　　Jack C. Provine
　　　Shapiro Buchman Provine & Patton LLP
　　　1333 N. California Blvd., Suite 350
　　　Walnut Creek, CA 94596
　　　Telephone: (925) 944-9700

　　　2. The name, address and telephone number of the former legal representative:

　　　Robert G. Howie
　　　Howie & Smith LLP
　　　1777 Borel Place, Suite 500
　　　San Mateo, CA 94402
　　　Telephone: (650) 685-9300

1  3. The party making this substitution is defendant.

2

3  I consent to the above substitution          NDM, LLC

4  Dated:

5  12-12-07
                                                _____
6                                               Yochai Kidron

7  I consent to the above substitution          Howie & Smith LLP

8  Dated: 12-13-07
                                                _____
9                                               Robert G. Howie

10 I am duly admitted to practice in this district.   Shapiro Buchman Provine & Patton LLP
   The above substitution is accepted.
11
   Dated:
12
   12/7/07
13                                              _____
                                                Jack C. Provine
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

205664.1

-2-                                            SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| CASE NAME: | *Bonnie Regina v. Quest Diagnostics, Inc., NDM, LLC, et al* |
| COURT: | United States District Court, Northern District of California |
| CASE NO: | C07-03881JCS |

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am an employee of HOWIE & SMITH, L.L.P., Attorneys at Law, and my business address is 1777 Borel Place, Suite 500, San Mateo, CA 94402-3514.

On December 17, 2007, I served the following document(s):

SUBSTITUTION OF ATTORNEY

on the following parties in this action in an envelope(s) addressed as follows:

Paul L. Rein, Esq.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612
**Attorney for Bonnie Regina**
Telephone No. 510/832-5001
Facsimile No. 510/832-4787

Steven R. Blackman, Esq.
Epstein Becker & Green, PC
One California Street, 26th Floor
San Francisco, CA 94111-5427
**Attorneys for Quest Diagnostics, Inc.**
Telephone No. 415/398-3500
Facsimile No. 415/398-0955

Jack C. Provine, Esq.
Shapiro Buchman Provine & Patton, LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
**Attorneys for NDM, LLC**
Telephone No. 925/944-9700
Facsimile No. 925/944-9701

x____ **(BY MAIL)** I caused each such envelope, with postage thereon fully paid, to be placed in the United States mail at San Mateo, California. I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service in San Mateo on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

____ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to each addressee as shown.

1

PROOF OF SERVICE

____ **(BY EXPRESS MAIL)** I caused each envelope, with delivery fees fully paid, to be deposited in post office, mailbox, subpost office, substation, or mail chute or like facility regularly maintained by the United States Postal Service for receipt of Express Mail.

____ **(BY FEDERAL EXPRESS OVERNIGHT DELIVERY)** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express. I am readily familiar with the practice in this office for collection and processing of correspondence for overnight delivery and know that in the ordinary course of the business practice in this office the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or delivered to an authorized courier or driver authorized by Federal Express to receive documents on the same date that it is placed for collection.

____ **(BY FACSIMILE TRANSMISSION)** By use of facsimile machine number (650) 685-3967, I served a copy of the within document(s) on the interested parties at the facsimile numbers listed. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 17, 2007, at San Mateo, California.

_____
L. Okada