1  JACK C. PROVINE, SBN 052090
   KATHRYN J. ALLEN, SBN 196544
2  SHAPIRO BUCHMAN PROVINE & PATTON LLP
   1333 N. California Blvd., Suite 350
3  Walnut Creek, CA 94596
   Telephone:    (925) 944-9700
4  Facsimile:    (925) 944-9701

5  Attorneys for Plaintiff
   Bryant L. Morris

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  BONNIE REGINA,                        Case No. C07-03881JCS

12                                        **SUBSTITUTION OF ATTORNEY**
                      Plaintiff,
13  v.

14
    QUEST DIAGNOSTICS, INC., NDM,
15  LLC; and DOES 1-25, Inclusive,

16
                      Defendants.
17

18

19        THE COURT AND ALL PARTIES ARE NOTIFIED THAT defendant NDM, LLC,

20  makes the following substitution

21        1. The name, address and telephone number of the new legal representative is:

22            Jack C. Provine
              Shapiro Buchman Provine & Patton LLP
23            1333 N. California Blvd., Suite 350
              Walnut Creek, CA 94596
24            Telephone: (925) 944-9700

25        2. The name, address and telephone number of the former legal representative:

26            Robert G. Howie
              Howie & Smith LLP
27            1777 Borel Place, Suite 500
              San Mateo, CA 94402
28            Telephone: (650) 685-9300

SHAPIRO BUCHMAN    205664.1
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

                                              SUBSTITUTION OF ATTORNEY

3. The party making this substitution is defendant.

I consent to the above substitution        NDM, LLC

Dated:

12-12-07

_____            _____
                                            Yochai Kidron

I consent to the above substitution        Howie & Smith LLP

Dated: 12-13-07

_____            _____
                                            Robert G. Howie

I am duly admitted to practice in this district.    Shapiro Buchman Provine & Patton LLP
The above substitution is accepted.

Dated:

12/7/07

_____            _____
                                            Jack C. Provine

Dated:  December 19, 2007

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

205664.1

-2-                                         SUBSTITUTION OF ATTORNEY

**CASE NAME:**   *Bonnie Regina v. Quest Diagnostics, Inc., NDM, LLC, et al*
**COURT:**   United States District Court, Northern District of California
**CASE NO:**   C07-03881JCS

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am an employee of HOWIE & SMITH, L.L.P., Attorneys at Law, and my business address is 1777 Borel Place, Suite 500, San Mateo, CA 94402-3514.

On December 17, 2007, I served the following document(s):

SUBSTITUTION OF ATTORNEY

on the following parties in this action in an envelope(s) addressed as follows:

Paul L. Rein, Esq.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612
**Attorney for Bonnie Regina**
Telephone No. 510/832-5001
Facsimile No. 510/832-4787

Steven R. Blackman, Esq.
Epstein Becker & Green, PC
One California Street, 26th Floor
San Francisco, CA 94111-5427
**Attorneys for Quest Diagnostics, Inc.**
Telephone No. 415/398-3500
Facsimile No. 415/398-0955

Jack C. Provine, Esq.
Shapiro Buchman Provine & Patton, LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
**Attorneys for NDM, LLC**
Telephone No. 925/944-9700
Facsimile No. 925/944-9701

x    **(BY MAIL)** I caused each such envelope, with postage thereon fully paid, to be placed in the United States mail at San Mateo, California. I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service in San Mateo on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

\_\_\_\_    **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to each addressee as shown.

1

1   ____   **(BY EXPRESS MAIL)** I caused each envelope, with delivery fees fully paid, to be deposited
2          in post office, mailbox, subpost office, substation, or mail chute or like facility regularly
           maintained by the United States Postal Service for receipt of Express Mail.

3   ____   **(BY FEDERAL EXPRESS OVERNIGHT DELIVERY)** I caused each envelope, with
4          delivery fees provided for, to be deposited in a box regularly maintained by Federal Express. I
           am readily familiar with the practice in this office for collection and processing of
5          correspondence for overnight delivery and know that in the ordinary course of the business
           practice in this office the document(s) described above will be deposited in a box or other facility
6          regularly maintained by Federal Express or delivered to an authorized courier or driver
           authorized by Federal Express to receive documents on the same date that it is placed for
7          collection.

8   ____   **(BY FACSIMILE TRANSMISSION)** By use of facsimile machine number (650) 685-3967,
           I served a copy of the within document(s) on the interested parties at the facsimile numbers
9          listed. The transmission was reported as complete and without error. The transmission report
           was properly issued by the transmitting facsimile machine.

10         I declare under penalty of perjury under the laws of the State of California that the foregoing is

11  true and correct. Executed on December 17, 2007, at San Mateo, California.

12                                            _A. Okada_____
                                                    L. Okada
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**