UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bonnie Regina,

                    Plaintiff(s),

v.

Quest Diagnostics, Inc.; NDM, LLC; and Does 1-25, Inclusive,

                    Defendant(s).         /

CASE NO.  C07-3881 JCS

NOTICE OF NEED FOR MEDIATION
(ADA ACCESS CASES)

    Plaintiff reports that the joint site inspection occurred on          November 8, 2007. Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: 01/02/08

                                                                                                        *Julie Ostil*
                                                                                                       Attorney for Plaintiff

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for Mediation."