United States District Court
Northern District of California

1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9            **Northern District of California**

10   Regina,                                    07-03881 JCS MED

11                    Plaintiff(s),      **Notice of Appointment of Mediator**

12          v.

13   Quest Diagnostics, Inc.,

14                    Defendant(s).

15   TO COUNSEL OF RECORD:

16          The court notifies the parties and counsel that the Mediator assigned to this case

17   is:

18                              **Daniel Bowling**
                                US District Court - ADR Unit
19                              450 Golden Gate Ave., 16th Fl.
                                San Francisco, CA 94102
20                              415-522-2022

21          Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22   governs the Mediation program.  The mediator will schedule a joint phone conference

23   with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24   the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25   The court permits the mediator to charge each party its pro rata share of the cost of the

26   phone conference.

27

28

**Notice of Appointment of Mediator**
07-03881 JCS MED                      - 1 -

1      Counsel are reminded that the written mediation statements required by the ADR

2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: January 22, 2008

5                                              RICHARD W. WIEKING
                                               Clerk
6                                              by:    Claudia M. Forehand

7

8                                              ADR Case Administrator
                                               415-522-2059
9                                              Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03881 JCS MED                              - 2 -