1  Steven R. Blackburn, State Bar No. 154797
   Joseph D. Miller, State Bar No. 109032
2  Jang Hyuk Im, State Bar No. 181836
   EPSTEIN BECKER & GREEN, P.C.
3  One California Street, 26th Floor
   San Francisco, California 94111-5427
4  Tel    415.398.3500
   Fax    415.398.0955
5  sblackburn@ebglaw.com
   jmiller@ebglaw.com
6  jim@ebglaw.com

7  Attorneys for Defendant
   QUEST DIAGNOSTICS, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      (SAN FRANCISCO DIVISION)

12

13 | BONNIE REGINA,                          | CASE NO. 3:07-CV-03881-JCS
14 |          Plaintiff,                     |
15 |   v.                                    | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16 | QUEST DIAGNOSTICS, INC.; NDM, LLC,;     |
   | and DOES 1-25, inclusive,               |
17 |          Defendants.                    |

18     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

19 named parties, there is no such interest to report.

20

21 DATED: January 23, 2008              EPSTEIN BECKER & GREEN, P.C.
22
23                                      By: 
24                                          Steven R. Blackburn
                                            Joseph D. Miller
25                                          Jang H. Im

26                                      Attorneys for Defendant
                                        QUEST DIAGNOSTICS, INC.
27
28
                                      - 1 -
   SF:157643v1                Defendant Quest Diagnostic's Certification of Interested Entities or Persons
                                                                      Case No. 3:07-CV-03881-JCS