JACK C. PROVINE, SBN 052090
KATHRYN J. ALLEN, SBN 196544
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 N. California Blvd., Suite 350
Walnut Creek, CA 94596
Telephone:    (925) 944-9700
Facsimile:    (925) 944-9701
Attorneys for Defendant NDM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA,<br><br>                Plaintiff,<br>v.<br><br>QUEST DIAGNOSTICS, INC., NDM, LLC; and DOES 1-25, Inclusive,<br><br>                Defendants. | Case No. C07-03881JCS<br><br>**STIPULATION FOR FILING FIRST AMENDED ANSWER AND CROSS-CLAIMS** |

It is hereby stipulated and agreed by and between the parties, by and through their respective counsel, that NDM, LLC shall be permitted to file an amended Answer and Cross-Claims, a copy of which is attached hereto; and that QUEST DIAGNOSTICS, INC. shall be permitted to file a Cross-Claim against NDM, LLC, a copy of which shall be filed on or immediately after the filing of this stipulation.

**THE FOREGOING IS SO STIPULATED.**

SHAPIRO BUCHMAN PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

207091.1
20308- 001206262.1

STIPULATION FOR FILING FIRST AMENDED ANSWER AND CROSS-CLAIMS

| | | |
|---|---|---|
| 1 | Dated: February 19, 2008 | SHAPIRO BUCHMAN PROVINE & PATTON LLP |
| 2 | | |
| 3 | | By: /s/ Jack C. Provine |
| 4 | | Jack C. Provine, Attorneys for Defendant NDM, LLC |

Dated: February 19, 2008

EPSTEIN BECKER & GREEN, P.C.

By: /s/ Joseph D. Miller
Joseph D. Miller
Attorneys for Defendant Quest Diagnostics, Inc.

Dated: February 19, 2008

LAW OFFICES OF PAUL L. REIN

By: /s/ Julie A. Ostil
Julie A. Ostil
Attorneys for Plaintiff Bonnie Regina

### ATTESTATION OF ELECTRONIC FILING

As the attorney for Plaintiff, e-filing this document, I hereby attest that Joseph D. Miller and Julie A. Ostil have concurred in this filing.

Dated: February 19, 2008    By: /s/ Jack C. Provine
Jack C. Provine

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

207091.1
20308- 001206262.1

-2-

STIPULATION FOR FILING FIRST AMENDED
ANSWER AND CROSS-CLAIMS