JACK C. PROVINE, SBN 052090
KATHRYN J. ALLEN, SBN 196544
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 N. California Blvd., Suite 350
Walnut Creek, CA 94596
Telephone:   (925) 944-9700
Facsimile:   (925) 944-9701

Attorneys for Defendant and Cross-claimant
NDM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA,<br><br>            Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC., NDM, LLC; and DOES 1-25, Inclusive,<br><br>            Defendants.<br><hr>QUEST DIAGNOSTICS, INC.,<br><br>            Cross-Claimant,<br><br>v.<br><br>NDM, LLC and DOES 1-25, Inclusive,<br><br>            Cross-Defendant. | Case No. C07-03881JCS<br><br>DECLARATION OF JACK C. PROVINE IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56 IN ORDER TO FILE A MOTION FOR SUMMARY JUDGMENT AGAINST CROSS-DEFENDANT QUEST DIAGNOSTICS, INC.<br><br>[Civ. LR 7-11(a); 7-12]<br><br>Judge: Magistrate Judge Joseph C. Spero |

I, Jack C. Provine, declare:

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

209598.1
20308-001

DECLARATION IN SUPPORT OF MOTION FOR
ADMINISTRATIVE RELIEF

I, Jack C. Provine, declare:

1. I am the lead trial attorney for defendant and cross-claimant NDM, LLC ("NDM") in this case and make this declaration in support of NDM's Motion for Administrative Relief from General Order 56 in Order to file a Motion for Summary Judgment against cross-defendant Quest Diagnostics, Inc. ("Quest").

2. On June 6, 2008 my associate, Kathryn Allen, and I wrote a letter to Joseph Miller, counsel for Quest, requesting that he stipulate to the filing of the instant motion, as required by Civ. LR 7-11(a). Attached hereto as Exhibit 1 is a true and correct copy of such letter.

3. On June 9, 2008, Mr. Miller responded by email that he would not so stipulate.

4. On June 9, 2008 my associate, Kathryn Allen, and I responded by email clarifying that we requested stipulation to allow the filing of a motion for administrative relief (as required by Civ. LR 7-11).

5. On June 9, 2008 Mr. Miller again responded by e-mail effectively stating that he would not stipulate to allow filing of the instant motion. Attached hereto as Exhibit 2 is a true and correct copy of the e-mail string documenting the foregoing e-mail communications.

6. The parties have agreed to execute a Consent Decree in order to resolve the injunctive relief issues in this Americans with Disabilities Act ("ADA") and California access case. Moreover, the parties have a mediation scheduled on June 17, 2008, at which time the parties will mediate Plaintiff's damages issues. However, one of the main issues in this case is liability as between the defendants, NDM and Quest, the lessor and lessee of the subject premises. Accordingly, a judicial determination as to the respective liability between NDM and Quest will be helpful in order to achieve and full and final resolution of this case.

I declare under penalty of perjury pursuant to the laws of the State of California that the above is true and correct. Executed this 11th day of June, 2008 at Walnut Creek, California.

_____
Jack C. Provine

SHAPIRO BUCHMAN PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

209598.1
20308-001

-2-

DECLARATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 1

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

209515.1

**SHAPIRO BUCHMAN PROVINE PATTON** LLP

1333 N. California Boulevard, Suite 350
Walnut Creek, California 94596
T 925.944.9700
F 925.944.9701

June 6, 2008

Reply to:
Kathryn J. Albo, Esq.
E-mail: kalbo@sbfp.com

VIA E-MAIL
JMILLER@EBGLAW.COM

Joseph D. Miller
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427

Re:  Bonnie Regina v. Quest Diagnostics, Inc., et al.
     U.S. District Court Case No. C07-03881JCS

Dear Mr. Miller:

This letter is a follow up to our May 22, 2008 letter to you. As we advised, we intend to seek administrative relief from the Stay of General Order 56 in order to file a Motion for Summary Judgment on NDM's First and Second Cross-Claims against Quest and for Summary Judgment against Quest on Quest's First through Fourth Cross-Claims against NDM.

Since Judge Spero's Civil Standing Order at C.18 provides that parties meet and confer regarding a joint statement of the undisputed facts, I am writing to request a time during which we can meet and confer regarding the proposed joint statement sent to you on May 22. I am available any time Monday, Tuesday, or Wednesday of next week.

Secondly, Civ. Local Rule 7-11 requires that a Motion for Administrative Relief be accompanied by either a Stipulation, or a declaration explaining why a stipulation could not be obtained. Accordingly, enclosed for your consideration is a proposed stipulation. If the enclosed is acceptable, please call or e-mail with your approval, so that the enclosed can be electronically filed.

Please let us hear from you as soon as possible. If we do not hear from you by Wednesday, June 10, we will proceed with a declaration explaining such and file the motion for Administrative Relief.

www.sbfp.com

209521.1
20308-001

Joseph D. Miller
June 6, 2008

Page 2

Thank you for your consideration.

Very truly yours,

SHAPIRO BUCHMAN PROVINE & PATTON LLP

Kathryn J. Allen

Enclosure
cc:    Jack C. Provine

309522.1
71389.001

```
 1  JACK C. PROVINE, SBN 052090
    KATHRYN J. ALLEN, SBN 196544
 2  SHAPIRO BUCHMAN PROVINE & PATTON LLP
    1333 N. California Blvd., Suite 350
 3  Walnut Creek, CA 94596
    Telephone:  (925) 944-9700
 4  Facsimile:  (925) 944-9701

 5  Attorneys for Defendant and Cross-claimant
    NDM, LLC
 6

 7

                        UNITED STATES DISTRICT COURT
 8
                       NORTHERN DISTRICT OF CALIFORNIA
 9

10

11  BONNIE REGINA,                        Case No. C07-03881 JCS

12
                    Plaintiff,
13                                        STIPULATION TO ALLOW CROSS-
      v.                                  CLAIMANT NDM, LLC's MOTION FOR
14                                        ADMINISTRATIVE RELIEF TO FILE A
    QUEST DIAGNOSTICS, INC., NDM,         MOTION FOR SUMMARY JUDGMENT
15  LLC and DOES 1-25, Inclusive,         AGAINST CROSS-DEFENDANT QUEST
                                          DIAGNOSTICS, INC.
16
                    Defendants.           [Civ. LR 7-11 & 7-12; Gen. Order 56(B)]
17

18
                                          Judge: Magistrate Judge Joseph C. Spero
19

20  QUEST DIAGNOSTICS, INC.,

21
                    Cross-Claimant,
22
     v.
23

24  NDM, LLC and DOES 1-25, Inclusive,

25                  Cross-Defendant.

26

27

28
    ─────────────────
    SHAPIRO BUCHMAN   209521.1
    PROVINE & PATTON LLP  20368-004                      MOTION FOR ADMINISTRATIVE RELIEF
```

It is hereby stipulated and agreed by and between the affected parties, by and through their respective counsel, that NDM, LLC shall be permitted to file a Motion for Administrative Relief.

THE FOREGOING IS SO STIPULATED.

Dated: June ___, 2008        SHAPIRO BUCHMAN PROVINE & PATTON LLP

By: ____/s/ Jack C. Provine_____
Jack C. Provine,
Attorneys for Defendant NDM, LLC

Dated: June ___, 2008        EPSTEIN BECKER & GREEN, P.C.

By: ____/s/ Joseph D. Miller_____
Joseph D. Miller
Attorneys for Defendant Quest Diagnostics, Inc.

ATTESTATION OF ELECTRONIC FILING

As the attorney for Plaintiff, e-filing this document, I hereby attest that Joseph D. Miller has concurred in this filing.

Dated: June ___, 2008        SHAPIRO BUCHMAN PROVINE & PATTON LLP


____/s/ Jack C. Provine_____
Jack C. Provine,
Attorneys for Defendant NDM, LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June ___, 2008        By: _____
Judge Joseph C. Spero
United States District Court, Northern District of California

EXHIBIT 2

209515.1

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

# Kathryn J. Allen

| | |
|---|---|
| From: | Joseph D. Miller [JMiller@ebglaw.com] |
| Sent: | Monday, June 09, 2008 4:53 PM |
| To: | Kathryn J. Allen |
| Cc: | Jack C. Provine |
| Subject: | RE: Regina v. Quest Diagnostics, et al. |

I don't believe that you can file the motion until after the mediation.
Furthermore, you still have not given me any idea when you intend to
file the motion or have it heard.  I need that information because we
will need time to conduct the discovery to oppose the motion.  Finally, if the case does
not resolve at the mediation, we are considering having the case referred to arbitration
pursuant to paragraph 37 of the lease.

I should be in the office late tomorrow morning.  Give me a call to discuss.

JDM

-----Original Message-----
From: Kathryn J. Allen [mailto:kallen@sbllp.com]
Sent: Monday, June 09, 2008 4:32 PM
To: Joseph D. Miller
Cc: Jack C. Provine; Leslie J. Mann
Subject: RE: Regina v. Quest Diagnostics, et al.

We are asking you to stipulate to our moving for relief from stay for the purpose of
filing a Motion for Summary Judgment.  We are required to submit such stipulation (or
declaration explaining why the parties have not stipulated) pursuant to Local Rule 7-11.
This is different than the meet and confer requirement for the Separate Statement.  Please
let us know by close of business tomorrow (June 10) whether you agree to stipulate to our
Motion for Relief from Stay.

Thank you.

-----Original Message-----
From: Joseph D. Miller [mailto:JMiller@ebglaw.com]
Sent: Monday, June 09, 2008 10:05 AM
To: Kathryn J. Allen
Cc: Jack C. Provine; Leslie J. Mann
Subject: RE: Regina v. Quest Diagnostics, et al.

Dear Ms. Allen

I am now in receipt of your June 6 e-mail.  For reasons, that I suspect have to do with
secretarial flux in our office last month, I disd not see the May 22 letter until today.
There was, however, no statement of undisputed facts accompanying the May 22nd letter.
Obviously I cannot comment on what I have not seen.  Beyond that, I cannot stipulate to
your proposed motion because you have not bothered to explain what relief you are seeking
or the basis therefor.  In terms of your wanting to file a summary judgment motion, that
of course is your perrogative.
Obviously any such motion will need to come after we have completed the essential
discovery to oppose it.  In addition to not having your proposed statement of undisputed
facts, this is a very bad week for me to meet and confer.  I am available next Wednesday,
Thursday or Friday.
In the meantime, e-mail the proposed statement to me.   Let me know what
works for you.

Regards

JDM

-----Original Message-----
From: Deborah H. Miller [mailto:dmiller@sbllp.com]

1

Sent: Friday, June 06, 2008 4:23 PM
To: Joseph D. Miller
Cc: Jack C. Provine
Subject: Regina v. Quest Diagnostics, et al.

<<20080606162633.pdf>> Mr. Miller:

Please see the attached correspondence from Kathryn J. Allen.  Thank you.

Deborah Miller
Assistant to Kathryn J. Allen
Shapiro Buchman Provine & Patton LLP
(925) 944-9700

2