1  JACK C. PROVINE, SBN 052090
   KATHRYN J. ALLEN, SBN 196544
2  SHAPIRO BUCHMAN PROVINE & PATTON LLP
   1333 N. California Blvd., Suite 350
3  Walnut Creek, CA 94596
   Telephone:   (925) 944-9700
4  Facsimile:   (925) 944-9701

5  Attorneys for Defendant and Cross-claimant
   NDM, LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 BONNIE REGINA,                          Case No. C07-03881JCS

12              Plaintiff,

13 v.                                      [PROPOSED] ORDER GRANTING
                                           ADMINISTRATIVE RELIEF TO ALLOW
14 QUEST DIAGNOSTICS, INC., NDM,           CROSS-CLAIMANT NDM, LLC TO FILE
   LLC; and DOES 1-25, Inclusive,          A MOTION FOR SUMMARY JUDGMENT
15                                         AGAINST CROSS-DEFENDANT QUEST
                                           DIAGNOSTICS, INC.
16              Defendants.
                                           [Civ. LR 7-11(a)]
17

18                                         Judge: Magistrate Judge Joseph C. Spero
19

20 QUEST DIAGNOSTICS, INC.,

21              Cross-Claimant,

22 v.

23 NDM, LLC and DOES 1-25, Inclusive,

24

25              Cross-Defendant.

26

27

28

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

209602.1
20308-001                                  [PROPOSED] ORDER GRANTING MOTION FOR
                                                        ADMINISTRATIVE RELIEF

It is hereby **ORDERED** that NDM, LLC shall be granted administrative relief from General Order 56 in order to file a Motion for Summary Judgment against Quest Diagnostics, Inc.

**IT IS SO ORDERED**

Dated: June ___, 2008          By: _____
                                    Judge Joseph C. Spero
                                    United States District Court, Northern District of California

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

209602.1
20308-001

-2-

[PROPOSED] ORDER GRANTING MOTION FOR
ADMINISTRATIVE RELIEF