United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA, | No. C 07-3881 JCS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT MEDIATION IF HER MEDICAL CONDITION PREVENTS HER FROM APPEARING IN PERSON |
| v. | |
| QUEST DIAGNOSTICS, INC., | |
| Defendant. | |
| _____/ | |

On June 12, 2008, Plaintiff's counsel, Paul Rein, submitted a letter informing the undersigned that Plaintiff, Bonnie Regina, possibly will be unable to attend in person a mediation upcoming on Tuesday, June 17, 2008, due to a serious medical problem. Having reviewed Mr. Rein's submission on behalf of his client, the undersigned now ORDERS that *if* Ms. Regina's medical condition prevents her from being present in person at the mediation on June 17, 2008, her request to appear for the mediation by telephone is GRANTED.

IT IS SO ORDERED.

Dated: June 13, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1