**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA, | Case No.  C07-03881 JCS |
| Plaintiff(s), | **ORDER DENYING CROSS-CLAIMANT NDM'S MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56 IN ORDER TO FILE A MOTION FOR SUMMARY JUDGMENT AGAINST CROSS-DEFENDANT QUEST DIAGNOSTICS [Docket No. 32]** |
| v. | |
| QUEST DIAGNOSTICS, INC., | |
| Defendant(s). | |
| _____/ | |

On June 11, 2008, Cross-Claimant NDM filed a Motion for Administrative Relief from General Order 56 in Order to File a Motion for Summary Judgment Against Cross-Defendant Quest Diagnostics (the "Motion").

IT IS HEREBY ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

Dated:  June 16, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge