# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Regina,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Quest Diagnostics, Inc.,<br><br>　　　　Defendant(s). | No. C 07-03881 JCS MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _June 17, 2008_

2. Did the case settle?    ☐ fully    ☒ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) _Ongoing_

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

Dated: _July 29, 2008_        _____
　　　　　　　　　　　　　　　　　　Mediator, Daniel Bowling
　　　　　　　　　　　　　　　　　　US District Court - ADR Unit
　　　　　　　　　　　　　　　　　　450 Golden Gate Ave., 16th Fl.
　　　　　　　　　　　　　　　　　　San Francisco, CA 94102

**Certification of ADR Session**
07-03881 JCS MED