# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| Regina,<br><br>        Plaintiff(s),<br><br>v.<br><br>Quest Diagnostics, Inc.,<br><br>        Defendant(s). | No. C 07-03881 JCS MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _June 18 – August 4, 2008, telephonically_

2.  Did the case settle?    ☒ fully    ☐ partially    ☐ no

3.  If the case did not settle fully, is any follow-up contemplated?
    ☐ another session scheduled for (date) _____
    ☐ phone discussions expected by (date) _____
    ☐ no

4.  IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: _August 6, 2008_      _/s/ Daniel Bowling_
**Mediator, Daniel Bowling**
US District Court - ADR Unit
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102

**Certification of ADR Session**
07-03881 JCS MED